**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:07-cr-00090** |
| | ) | |
| **BOBBIE G. WARD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**ORDER APPROVING SETTLEMENT AND CANCELING RESTITUTION BALANCE**

---

This matter is before the Court on a Motion to Approve Settlement and Cancel Restitution Balance filed by CNA. CNA is the sole victim and payee of restitution named in the Court's Judgment against Defendant Bobbie G. Ward ("Ward"). [Doc. 21]. In its Motion, CNA states that it has reached an agreement with Ward whereby Ward will make a final, lump sum restitution payment to CNA of $12,892.98. In exchange for that lump sum payment, CNA has agreed to fully and finally release Ward of her obligation to continue making monthly restitution payments to CNA under the Court's Judgment.

For the reasons stated in CNA's Motion and good cause shown, the Court hereby ORDERS that:

(1) The above-described settlement between CNA and Ward is APPROVED;

(2) Ward is hereby ORDERED to make a lump sum payment of $12,892.98 to CNA;

(3) Upon Ward's payment to CNA, the balance of restitution that Ward owes to CNA under this Court's Judgment is CANCELLED; and

(4) Upon Ward's payment to CNA, Ward's restitution obligations to CNA are DISCHARGED.

IT IS SO ORDERED this ____ day of ________________, 2014.

Todd Campbell
TODD J. CAMPBELL, U.S. DISTRICT JUDGE



828609.1